IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RAY CHARLES LENOIR**                                                   **PETITIONER**

v.                                                                   **No. 1:25CV69-SA-RP**

**MARC MCCLURE**                                                         **RESPONDENT**

**ORDER *DISMISSING AS MOOT* PETITIONER'S MOTION [8] TO
EXPEDITE *HABEAS CORPUS* PROCEEDING; DENYING
PETITIONER'S *MOTION* [9] TO REINSTATE CASE**

This matter comes before the court on the motion [9] by the petitioner to reinstate the instant case, which the court dismissed [7] under Fed. R. Civ. P. 41(b). The court dismissed the instant petition because the petitioner did not comply with a previous order [5] of the court in two respects: (1) The petitioner did not present the documents necessary to proceed as a pauper or, instead, pay the filing fee; and (2) The petitioner did not complete and return an amended petition on the proper form.

The day after the court issued its order [7] of dismissal, the petitioner submitted the filing fee and thus complied with part of the court's order [5]. However, the petitioner has yet to complete and return the court's standard form petition for seeking *habeas corpus* relief under 28 U.S.C. § 2254. As such, he has not complied with the court's previous order, and the instant motion [9] to reinstate this case is **DENIED**. In addition, as the instant case is closed, the petitioner's motion [8] to expedite a ruling on the petition is **DISMISSED** as moot.

**SO ORDERED**, this, the 10th day of December, 2025.

                                                             /s/ Sharion Aycock
                                                             SENIOR UNITED STATES DISTRICT JUDGE